IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>WERNER ENTERPRISES, INC.,<br><br>        Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>        Plaintiff Intervenor,<br><br>  v.<br><br>WERNER ENTERPRISES, INC.,<br><br>        Defendant. | **CASE NO: 8:18-CV-329**<br><br>**JOINT STIPULATION REGARDING PROGRESSION ORDER DEADLINES** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>        Defendants. | **CASE NO: 8:18-CV-462**<br><br>**JOINT STIPULATION REGARDING PROGRESSION ORDER DEADLINES** |

COME NOW the parties in the above-captioned cases, and pursuant to the Court's Text Minute Entry (Filing 44 in 8:18-CV-329-JMG-SMB; Filing 27 in 8:18-CV-462-JMG-SMB), submit the following amended deadlines regarding expert disclosures, expert discovery, and motion practice, which the parties propose to use in these consolidated cases in place of the expert disclosure, expert discovery, and expert motion practice

deadlines set forth in the parties' Rule 26(f) report (Filing 20 in 8:18-CV-462-JMG-SMB) filed on February 8, 2019:

> Plaintiff and Intervenor's Expert Designations and Reports: August 9, 2019;
>
> Defendants' Expert Designations and Reports:  September 20, 2019;
>
> Plaintiff and Intervenor's Reply Reports:  November 1, 2019;
>
> Deadline to complete Expert Depositions:  November 22, 2019;
>
> Deadline to file <u>Daubert</u> Motions:  January 10, 2020.

WHEREFORE, the parties respectfully request the Court adopt the deadlines set forth above.

Dated this 21st day of March, 2019.

| DRIVERS MANAGEMENT, LLC and<br>WERNER ENTERPRISES, INC., Defendants | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, Plaintiff |
|---|---|
| <u>/s/ Brandon J. Crainer</u><br>Joseph E. Jones, #15970<br>Elizabeth A. Culhane, #23632<br>Brandon J. Crainer, #24891<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE  68102<br>Telephone: (402) 341-6000<br>Facsimile:  (402) 341-8290<br>jjones@fraserstryker.com<br>eculhane@fraserstryker.com<br>bcrainer@fraserstryker.com | By: <u>/s/ Emily Keatley</u><br>Emily Keatley<br>C. Felix Miller<br>Grant R. Doty<br>Equal Employment Opportunity Commission<br>Kansas City Area Office<br>400 State Avenue, Ste. 905<br>Kansas City, KS 66101<br>emily.keatley@eeoc.gov<br>felix.miller@eeoc.gov<br>grant.doty@eeoc.gov |

ANDREW DEUSCHLE, Intervenor Plaintiff

By: <u>/s/ Brian East</u>
BRIAN EAST
LIA S. DAVIS
DISABILITY RIGHTS TEXAS
2222 West Braker Lane

Austin, Texas 78758-1024
beast@drtx.org
ldavis@drtx.org

and

DIANNE D. DELAIR
DISABILITY RIGHTS NEBRASKA
134 South 13th Street, Suite 600
Lincoln, Nebraska 68508
Dianne@drne.org