# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>　　　　Plaintiff Intervenor,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　Defendant. | **CASE NO: 8:18-CV-329**<br><br>**STIPULATION REGARDING WERNER'S DEADLINE TO RESPOND TO REQUESTS FOR ADMISSION BY PLAINTIFF INTERVENOR ANDREW DEUSCHLE** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>　　　　Defendants. | **CASE NO: 8:18-CV-462**<br><br>**STIPULATION REGARDING WERNER'S DEADLINE TO RESPOND TO REQUESTS FOR ADMISSION BY PLAINTIFF INTERVENOR ANDREW DEUSCHLE** |

　　　COME NOW Defendant Werner Enterprises, Inc. and Plaintiff-Intervenor Andrew Deuschle, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 36(a)(3), stipulate and agree that Werner shall have until **April 20, 2019** to respond to the Requests for Admission served by Plaintiff-Intervenor on February 20, 2019.

DRIVERS MANAGEMENT, LLC and
WERNER ENTERPRISES, INC., Defendants

/s/ Elizabeth A. Culhane
Joseph E. Jones, #15970
Elizabeth A. Culhane, #23632
Brandon J. Crainer, #24891
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
jjones@fraserstryker.com
eculhane@fraserstryker.com
bcrainer@fraserstryker.com

ANDREW DEUSCHLE, Intervenor Plaintiff

By: /s/ Lia Davis
BRIAN EAST
LIA S. DAVIS
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
beast@drtx.org
ldavis@drtx.org

and

DIANNE D. DELAIR
DISABILITY RIGHTS NEBRASKA
134 South 13th Street, Suite 600
Lincoln, Nebraska 68508
Dianne@drne.org

2089257V1