IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>　　　　　Plaintiff Intervenor,<br><br>　　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant. | CASE NO: 8:18CV329<br><br><br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITION<br>OF ANDREW DEUSCHLE** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendants. | CASE NO: 8:18CV462 |

YOU AND EACH OF YOU are hereby notified that Joseph E. Jones, attorney for Defendants, Werner Enterprises, Inc., and Drivers Management, LLC, will take the deposition of **ANDREW DEUSCHLE**, to be used as evidence in the trial of the above entitled cause, on **Tuesday, March 10, 2020, at 1:30 p.m.** The deposition will be taken at Disability Rights Texas, 2222 West Braker Lane, Austin, Texas 78758-1024. The

deposition will be taken before, and recorded and preserved by, an official court reporter and notary public. The deposition will be recorded by audio, audiovisual, stenographic, and video means. The deposition will continue from day-to-day until it is completed. The taking of said deposition may be adjourned from day to day until complete. Defendants will make arrangements at this deposition for the services of two certified interpreters for the translation of deposition testimony.

DATED this 9th day of March, 2020.

>WERNER ENTERPRISES, INC. and
>DRIVERS MANAGEMENT, LLC,
>Defendants
>
>BY: /s/ Brandon J. Crainer
>Joseph E. Jones, #15970
>Elizabeth A. Culhane, #23632
>Brandon J. Crainer, #24891
>FRASER STRYKER PC LLO
>500 Energy Plaza
>409 South 17th Street
>Omaha, NE 68102
>Tel: (402) 341-6000
>Fax: (402) 341-8290
>jjones@fraserstryker.com
>eculhane@fraserstryker.com
>bcrainer@fraserstryker.com
>ATTORNEYS FOR DEFENDANTS
>WERNER ENTERPRISES, INC. and
>DRIVERS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2020, a true and correct copy of the foregoing document was served via electronic mail upon the following counsel of record:

Emily Keatley
C. Felix Miller
Grant R. Doty
Meredith Berwick
Equal Employment Opportunity Commission
Kansas City Area Office
400 State Avenue, Ste. 905
Kansas City, KS 66101
emily.keatley@eeoc.gov
felix.miller@eeoc.gov
grant.doty@eeoc.gov
meredith.berwick@eeoc.gov

BRIAN EAST
LIA S. DAVIS
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
beast@drtx.org
ldavis@drtx.org

DIANNE D. DELAIR
DISABILITY RIGHTS NEBRASKA
134 South 13th Street, Suite 600
Lincoln, Nebraska 68508
Dianne@drne.org

/s/ Brandon J. Crainer

2291004 v12