IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | CASE NO.: 8:18-cv-329 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| WERNER ENTERPRISES, INC. | ) ) | **NOTICE OF SERVICE** |
| Defendant. | ) ) | |
| and | ) ) | |
| ANDREW DEUSCHLE, | ) ) | |
| Plaintiff Intervenor, | ) ) | |
| vs. | ) ) | |
| WERNER ENTERPRISES, INC., | ) ) | |
| Defendant. | ) ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO.: 8:18-cv-462 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DRIVERS MANAGEMENT, LLC, and WERNER ENTERPRISES, INC., | ) ) ) | |
| Defendants. | ) ) | |

Notice is hereby given that on the 5th day of May, 2021, Defendants, Werner Enterprises, Inc., served the following documents upon Plaintiffs and Plaintiffs' counsel via electronic mail:

1.    Werner's Fourth Supplemental Responses to Plaintiffs' Sixth Set of Requests for Production of Documents.

DATED this 5th day of May, 2021.

WERNER ENTERPRISES, INC. and
DRIVERS MANAGEMENT, LLC,
Defendants.

BY:   */s/ Elizabeth A. Culhane*
Patrick J. Barrett, #17246
Elizabeth A. Culhane, #23632
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
pbarrett@fraserstryker.com
eculhane@fraserstryker.com
ATTORNEYS FOR WERNER
ENTERPRISES, INC. and DRIVERS
MANAGEMENT, LLC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system on this 5th day of May, 2021, which system sent notification of such filing to counsel of record:

C. Felix Miller
Grant R. Doty
Meredith Berwick
Equal Employment Opportunity Commission
Kansas City Area Office
400 State Avenue, Suite 905
Kansas City, KS 66101
felix.miller@eeoc.gov
grant.doty@eeoc.gov
meredith.berwick@eeoc.gov

Brian East
Lia S. Davis
Disability Rights Texas
2222 West Braker Lane
Austin, TX 78758-1024
beast@drtx.org
ldavis@drtx.org

Dianne D. DeLair
Disability Rights Nebraska
134 South 13th Street, Suite 600
Lincoln, NE 68508
Dianne@drne.org


*/s/ Elizabeth A. Culhane*

2564562.01