IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EQUAL OPPORTUNITY
EMPLOYMENT COMMISSION,

        Plaintiff,

vs.

DRIVERS MANAGEMENT, LLC and
WERNER ENTERPRISES, INC.,

        Defendants.

8:18-CV-462

ORDER

For the reasons stated in the accompanying memorandum and order,

IT IS ORDERED:

1. The defendants' motion to exclude (filing 224) is denied.

2. The plaintiff's motion to exclude (filing 229) is denied.

3. The defendants' motion for summary judgment (filing 243) is granted in part and denied in part.

4. The plaintiff's motion for summary judgment (filing 248) is granted in part and denied in part.

5. The defendants' motion for leave to submit new authority (filing 264) is granted.

Dated this 31st day of March, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge