IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | 8:18-CV-462 |
| vs. | ORDER |
| DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC., | |
| Defendants. | |

This matter is before the Court on both parties' objections to the designated deposition testimony of Morgan Baker-Maloy, Christopher Hilkemann, Clarence Easterday, Jr., Wayne Cederholm, Lathen Whited, and Lindsay Wilbert:

### Objections to Wayne Cederholm Deposition Testimony

All of the parties' objections will be overruled subject to the following:

| | |
|---|---|
| 24:19-23 | Overruled, but the deposition should include, for completeness, 24:24-25:1. |
| 36:11-37:2 | Overruled, but the deposition should include, for completeness, 37:3-6. |

### Clarence Easterday

All of the parties' objections will be overruled subject to the following:

| | |
|---|---|
| 23:21-24:12 | Overruled, but the deposition should include, for completeness, 24:13-22. |

### Christopher Hilkemann

All of the parties' objections will be overruled subject to the following:

| | |
|---|---|
| 10:12-24 | Overruled, but the deposition should include, for completeness, 10:25-11:9. |

<u>Lathen Whited</u>

All of the parties' objections will be overruled except the following:

**Defendants' Objections**

26:4-27:2       Sustained only as to 26:25-27:2, hearsay, foundation

**Plaintiff's Objections to Counter-Designations**

12:18-25        Overruled, but the deposition should include, for completeness, 13:1-3

<u>Lindsey Wilbert</u>

All of the parties' objections will be overruled.

<u>Morgan Baker-Maloy</u>

All of the parties' objections will be overruled subject to the following:

56:6-8          Overruled, but the deposition should include, for completeness, 56:10.

56:22-57:5      Overruled, but the deposition should include, for completeness, 57:6-8, 10-14, 16-20.

IT IS SO ORDERED.

Dated this 27th day of August, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge