IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                    Plaintiff,

        vs.

DRIVERS MANAGEMENT, LLC,
and  WERNER ENTERPRISES,
INC.,

                    Defendants.

**WITNESS LIST**

Case No.   8:18CV462
Deputy:    Kathy Miller
Reporter:  Lisa Grimminger
Date:      August 28 – September
           1, 2023

FOR PLAINTIFF:

| Name | Date |
|------|------|
| Don Olds | 8/28/2023 |
| Lindsay Wilbert (video deposition) | 8/28/2023, 8/29/2023 |
| Dr. Steven Robert Arndt | 8/29/2023 |
| Wayne Cederholm (deposition testimony read) | 8/29/2023 |
| Victor Robinson | 8/29/2023 |
| Lathen Whited (deposition testimony read) | 8/29/2023, 8/30/2023 |
| Christopher Hilkemann (video deposition) | 8/30/2023 |
| Clarence Easterday, Jr. (video deposition) | 8/30/2023 |
| Erin Marsh | 8/30/2023 |
| Lance Knapp | 8/31/2023 |
|  |  |

FOR DEFENDANTS:

| Name | Date |
|---|---|
| Christopher Hilkemann | 8/30/2023 |
| Richard Dean Johnson | 8/30/2023 |
| Ben Pile | 8/30/2023 |
| William Adams | 8/30/2023, 8/31/2023 |
| Jaime Hamm | 8/31/2023 |
| | |