IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVERS MANAGEMENT, LLC, and WERNER ENTERPRISES, INC.<br><br>Defendants. | 8:18-CV-462<br><br>JUDGMENT |

Pursuant to the jury's verdict (filing 323) and the accompanying findings of fact and conclusions of law, judgment is entered for the plaintiff and against the defendants in the amount of $335,682.25.

For a period of three years from the date of this judgment, defendant Werner Enterprises shall report in writing to the plaintiff, no less frequently than every six months, the name and available contact information for any hearing-impaired applicant for an over-the-road truck driving position, the date of that application, whether or not the applicant was hired, the dates on which the employment decision was made and communicated to the applicant, the basis for declining to hire any of the above-described applicants, and whether any applicant hired remains employed with Werner six months after being hired, and if not, the reason for the separation. The defendants shall file proof of such reports with the Court.

Dated this 10th day of January, 2024.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge