U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

| **Caption**: | **Case Number**: |
|---|---|
| Equal Employment Opportunity Commission v. Drivers Management, LLC et al | 8:18cv462-JMG |

**Appellant**:

Werner Enterprises, Inc. and Drivers Management, LLC

**Attorneys**:

Elizabeth A. Culhane
Patrick J. Barrett
Sarah L. McGill

Fraser, Stryker Law firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
(402) 341-6000

**Appellee:**

Equal Employment Opportunity Commission

**Attorneys:**

Connie W. Gatlin
Equal Employment Opportunity Commission
Leland Federal Building
1919 Smith Street
6th Floor
Houston, TX 77002
(346) 327-7710

Joshua Pierson
Lauren M. Wilson
Equal Employment Opportunity Commission-Kansas
400 State Avenue
Suite 905
Kansas City, KS 66101
(913) 359-1807

Meredith S. Berwick
Equal Employment Opportunity Commission-Missouri
1222 Spruce Street
Room 8.100
St. Louis, MO 63103
(314) 539-7915

**Court Reporter(s)**:

Lisa Grimminger (402) 437-1908

**Please return files and documents to**:

Omaha

**Person to contact about the appeal**:

Mary Roundtree

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| 6 Days | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  N/A

**Where?** | N/A

**Please list all other defendants in this case if there were multiple defendants**

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14