IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO.: 8:18-cv-462 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **SATISFACTION OF MONETARY JUDGMENT** |
| DRIVERS MANAGEMENT, LLC, and WERNER ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

COME NOW the parties, by and through undersigned counsel, and hereby give notice as follows:

1.    On May 23, 2024, the final amended judgment was entered in favor of Plaintiff and against Defendants in the above-referenced matter. (Filing 377). The judgment includes a monetary award and an injunction for a period of three years.

2.    The judgment was affirmed on July 10, 2025. (Filing 402).

3.    In September 2025, Defendants satisfied the monetary judgment and Plaintiff and Charging Party have received full payment for all monetary amounts awarded by the Court. Plaintiff Equal Employment Opportunity Commission hereby acknowledges payment of the monetary portion of the judgment and releases the monetary portion of the judgment against Defendants in full satisfaction of the same.

4.    This Satisfaction does not impact the injunctive portion of the Court's judgment.

8:18-cv-00462-JMG-SMB    Doc # 409    Filed: 12/19/25    Page 2 of 2 - Page ID # 6684

Dated this 19th day of December, 2025.

WERNER ENTERPRISES, INC. and
DRIVERS MANAGEMENT, LLC,
Defendants

BY:    */s/ Elizabeth A. Culhane*
Patrick J. Barrett, #17246
Elizabeth A. Culhane, #23632
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile:   (402) 341-8290
pbarrett@fraserstryker.com
eculhane@fraserstryker.com
ATTORNEYS FOR WERNER
ENTERPRISES, INC. and DRIVERS
MANAGEMENT, LLC

BY:    */s/ Joshua M. Pierson*
Joshua M. Pierson, KS Bar No. 29095
Equal Employment Opportunity
Commission
Kansas City Area Office
400 State Avenue, Suite 905
Kansas City, KS  66101
(913) 359-1807
joshua.pierson@eeoc.gov
ATTORNEYS FOR EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system this 19th day of December, 2025, which system sent notification of such filing to counsel of record.

/s/ Elizabeth A. Culhane

3466640v3

2